

# IN THE
# TENTH COURT OF APPEALS

## No. 10-20-00069-CR

**JOSEPH DAVID RATHBUN,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

**From the 443rd District Court**
**Ellis County, Texas**
**Trial Court No. 44358CR**

## ABATEMENT ORDER

The appellant's brief is overdue in this appeal. The Clerk of the Court's September

3, 2020 letter to appellant's counsel states:

> Our records indicate that the appellant's brief was due on or before
> July 31, 2020. To date, no brief has been filed.
>
> You will notice that the trial court has been copied with this letter as
> required by the Rules of Appellate Procedure. TEX. R. APP. P. 38.8(b)(2).
> Presumably, the purpose of notifying the trial court is to allow intervention

by the trial court before the Court has to formally abate the proceeding for a hearing.

Unless a brief or satisfactory response is received within 14 days, this Court must abate the appeal and order the trial court to immediately conduct a hearing pursuant to TEX. R. APP. P. 38.8(b)(2) & (3).

Because appellant's brief was not filed within 14 days, we abate this appeal to the trial court to conduct any necessary hearings within 21 days of the date of this order in accordance with Rule of Appellate Procedure 38.8(b)(2) and (3). TEX. R. APP. P. 38.8(b)(2), (3).

The supplemental clerk's and reporter's records required by the rule, if any, are ordered to be filed within 35 days of the date of this order. *See id.*

PER CURIAM

Before Chief Justice Gray,
        Justice Davis, and
        Justice Neill
Appeal abated
Order issued and filed September 30, 2020
RWR

